UNITED STATES of America,
Plaintiff–Appellee

v.

Kristin L. DOUGHERTY,
Movant–Appellant.

---

1. The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota.

Real Property located at Parcel A Estate Fish Bay, No. 8 Reef Bay Quarter, St. John, U.S. Virgin Islands, PWD No. D9–7414–T004, along with all its buildings, appurtenances, and improvements, Defendant.

No. 12–1809.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 30, 2012.

Filed: Sept. 10, 2012.

Kristin L. Dougherty, Greenville, IL, pro se.

James C. Bohling, Asst. U.S. Atty., Kansas City, MO (David M. Ketchmark, Acting U.S. Atty., on the brief), for appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this civil forfeiture action, after claimant Kristin Dougherty filed a Federal Rule of Civil Procedure 12 motion to dismiss, the district court[1] granted the government's motion for voluntary dismissal without prejudice, and later denied Dougherty's motion for costs, his motion to amend the dismissal to be with prejudice, and his motions for reconsideration. Dougherty appeals, and we affirm.

First, because Dougherty had not yet filed an answer or summary judgment motion at the time that the government sought its voluntary dismissal, the dismiss-

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

al operated as one under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal by notice of plaintiff). Thus, the dismissal did not require a court order, and the court lacked discretion to dismiss the action with prejudice. *See* Fed.R.Civ.P. 41(a)(1)(B). Second, Dougherty was not a substantially prevailing party for purposes of the fee-shifting provision in 28 U.S.C. § 2465(b)(1)(A), because, among other reasons, a Rule 41(a)(1)(A)(i) voluntary dismissal without prejudice leaves the government free to refile against the property at issue. Accordingly, we affirm the district court's orders denying costs, declining to amend the judgment to be with prejudice, and denying reconsideration. *See* 8th Cir. R. 47B.